KITTY J. LIN
Legal Helpers, P.C.
564 Market St. #300
San Francisco, CA 94104
Tel: (415) 986-4442
kit@legalhelpers.com

*Attorney for Plaintiff Alice Chan*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Alice Chan, | Case No. C-08-02905-JL |
| Plaintiff, | |
| v. | |
| Investment Retrievers, Inc.m | **NOTICE OF DISMISSAL** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action

pursuant to Fed. R. 41(a).  This notice is being filed before Defendant has served an answer and

therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Kitty J. Lin*
Kitty J. Lin
564 Market St. #300
San Francisco, CA 94104
Tel: (415) 986-4442
kit@legalhelpers.com

*Attorney for Plaintiff Alice Chan*

Complaint - 1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3

        I hereby certify that on July 15, 2008 a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

4

5

system to all parties indicated on the electronic filing receipt.  The following party was served

6

through U.S. Mail.  Parties may access this filing through the Court's system.

7

ANDREW STEINHEIMER

8

Ellis, Coleman, Poirier, Lavoie
& Steinheimer, LLP

9

555 University Avenue, Suite 200E
Sacramento, CA 95825

10

*Attorney for Defendant*
*Investment Retrievers, Inc.*

11

12

                                        */s/ Kitty J. Lin*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28